**Order entered September 2, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00010-CR

## QUANTARA LANEESE MELTON, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-76488-P**

## ORDER

Before the Court is appellant's August 31, 2020 second motion to extend the time to file her brief. We **GRANT** the motion and **ORDER** appellant's brief filed by September 14, 2020.

/s/     LANA MYERS
        JUSTICE